**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| Spencer Sylvester and Ronald Moran,<br><br>Plaintiffs,<br><br>v.<br><br>Sincerely, LLC and Michael Kirschner,<br><br>Defendants. | Case No. 3:23-cv-780-TJC-PDB |

**NOTICE OF SETTLEMENT**

Plaintiff Spencer Sylvester and Ronald Moran (collectively, the "Plaintiffs") respectfully provide notice that Plaintiffs have resolved their claims against Defendants Sincerely, LLC and Michael Kirschner (collectively, the "Defendants") (Plaintiffs and Defendants collectively, the "Parties"). The Parties are finalizing the terms of their settlement agreement and anticipate filing a stipulation of dismissal with prejudice within approximately 45 days.

*[Signature to Follow]*

Dated: April 30, 2024

Respectfully submitted,

/s/ *John Kauffman*
John Kauffman
Florida Bar No. 538205
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
john@lawhq.com

*Lead Attorney for Plaintiffs*