UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SPENCER SYLVESTER and
RONALD MORAN,

Plaintiffs,

v. Case No. 3:23-cv-780-TJC-PDB

SINCERELY, LLC and
MICHAEL KIRSCHNER,

Defendants.
________________________________/

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE AND PUTATIVE CLASS MEMBERS' CLAIMS WITHOUT PREJUDICE**

Plaintiffs Spencer Sylvester and Ronald Moran and Defendants Sincerely, LLC and Michael Kirschner hereby stipulate to the dismissal of Plaintiffs' claims with prejudice and the putative class members' claims without prejudice with each party to bear their own fees, costs and expenses.

Dated: June 10, 2024

Respectfully Submitted,

/s/ *John Kauffman*
John Kauffman
Florida Bar No. 538205
LawHQ, P.C.
299 S. Main St. #1300 Salt Lake City, UT 84111
385-285-1090
john.kauffman@lawhq.com
*Lead Counsel for Plaintiffs*

Respectfully Submitted,

*/s/ Joshua H. Threadcraft*
Joshua H. Threadcraft
(Lead Trial Counsel)
(FL Bar No. 96153)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: jthreadcraft@burr.com

*One of the attorneys' for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2024, I caused a copy of foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to all counsel of record.

Respectfully Submitted,

/s/ *John Kauffman*

John Kauffman
Florida Bar No. 538205
LawHQ, P.C.
299 S. Main St. #1300 Salt Lake City, UT 84111
385-285-1090 john.kauffman@lawhq.com
*Lead Counsel for Plaintiffs*