**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SPENCER SYLVESTER and RONALD
MORAN,

      Plaintiffs,

Case No. 3:23-cv-780-TJC-PDB

v.

SINCERELY, LLC and MICHAEL
KIRSCHNER,

      Defendants.

---

## O R D E R

Upon review of Joint Stipulation of Dismissal of Plaintiffs' Claims with Prejudice and Putative Class Members' Claims Without Prejudice (Doc. 39), filed on June 10, 2024, plaintiffs' claims are dismissed with prejudice and putative class members' claims are dismissed without prejudice. The Clerk should terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of June, 2024.



Timothy J. Corrigan
TIMOTHY J. CORRIGAN
United States District Judge

ddw
Copies:
Counsel of record